**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| |
|---|
| IN RE UIPATH, INC. STOCKHOLDER DERIVATIVE LITIGATION |

Consol. Case No.: 1:23-cv-01385-MN

**STIPULATION AND [PROPOSED] ORDER OF VOLUNTARY DISMISSAL**
**WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii) AND 23(c)**

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii) and 23.1(c), Plaintiff Michael Bernstein, Plaintiff Maren K. Bowling, and Plaintiff Hugues Gervat (collectively "Plaintiffs"), nominal defendant UiPath, Inc. ("UiPath"), and defendants Daniel Dines, Ashim Gupta, Philippe Botteri, Carl Eschenbach, Michael Gordon, Kimberly L. Hammonds, Daniel D. Springer, Laela Sturdy, Jennifer Tejada, Richard P. Wong, and Thomas Mendoza (collectively, and with UiPath, "Defendants," and with Plaintiffs, the "Parties"), hereby stipulate that this action be dismissed without prejudice as to all claims and causes of action, with each party bearing that party's own attorneys' fees and costs.

Defendants have not answered, moved to dismiss, or otherwise responded to a complaint nor moved for summary judgment, and dismissal under Fed. R. Civ. P. 41(a) is, therefore, appropriate;

If this dismissal is granted, UiPath will provide notice to shareholders of the dismissal of the Action in its next Form 10-Q filed with the U.S. Securities and Exchange Commission in the same manner that shareholders were previously notified of the pendency of the Action;

Notice to shareholders of this stipulation of voluntary dismissal is not required under Federal Rule of Civil Procedure 23.1(c) because: (i) there has been no settlement or

compromise of this Action; (ii) there has been no collusion among the Parties; (iii) no compensation in any form has passed directly or indirectly from any of the Defendants to the Plaintiffs or Plaintiffs' attorneys, and no promise to give any such compensation has been made: (iv) the voluntary dismissal is made without prejudice and therefore will not have any preclusive effect on any other action or UiPath shareholder to pursue claims; and (v) Defendants will not suffer any prejudice as they do not oppose this voluntary dismissal.IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs and Defendants, by their undersigned counsel, that:

1. The Action is DISMISSED without prejudice.

2. Plaintiffs and Defendants shall bear their own attorneys' fees, costs, and expenses in relation to the Action; and

3. For the reasons stated above, no notice of the dismissal is required under Rule 23.1(c).

Dated: November 22, 2024                  Respectfully submitted,

                                          **RIGRODSKY LAW, P.A.**


OF COUNSEL:                               */s/ Herbert W. Mondros*

**GRABAR LAW OFFICE**                     Seth D. Rigrodsky (#3147)
Joshua H. Grabar, Esq.                    Gina M. Serra (#5387)
One Liberty Place                         Herbert W. Mondros (#3308)
1650 Market Street                        1007 North Orange Street, Suite 453
Suite 3600                                Wilmington, Delaware 19801
Philadelphia, PA 19103                    (302) 295-5310
(267) 507-6085                            sdr@rl-legal.com
jgrabar@grabarlaw.com                     gms@rl-legal.com
                                          hwm@rl-legal.com
*Counsel for Plaintiff*
*Maren K. Bowling*                        *Counsel for Plaintiff Michael Bernstein and*
                                          *Maren K. Bowling and Co-Lead Counsel for*
                                          *Plaintiffs*

2

**FARNAN LLP**

OF COUNSEL:

**THE ROSEN LAW FIRM, P.A.**
Phillip Kim
Erica L. Stone
275 Madison Avenue, 40th Floor
New York, NY 10016
(212) 686-1060
pkim@rosenlegal.com
estone@rosenlegal.com

*Counsel for Plaintiff Hugues Gervat and Co-Lead Counsel for Plaintiffs*

*/s/ Michael J. Farnan*
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 North Market St., 12th Floor
Wilmington, DE 19801
(302) 777-0300
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

*Counsel for Plaintiff Hugues Gervat and Liaison Counsel for Plaintiffs*

**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**

OF COUNSEL:

**DAVIS POLK & WARDWELL LLP**
Edmund Polubinski III
Patrick Blakemore
Marie Killmond
450 Lexington Avenue
New York, NY 10017
(212) 450-4000
edmund.polubinski@davispolk.com
patrick.blakemore@davispolk.com
marie.killmond@davispolk.com

*/s/ S. Mark Hurd*
S. Mark Hurd (#3297)
Alexandra M Cumings (#6146)
1201 North Market Street, 16th Floor
Wilmington, DE 19899
(302) 658-9200
shurd@morrisnichols.com
acumings@morrisnichols.com

*Counsel for Defendants*

SO ORDERED this _____ day of _____, 2024.

_____
The Honorable Maryellen Noreika
United States District Judge

3